**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SMILEY JAMES HARRIS
a/k/a JAMES LAVELL HARRIS,

    Plaintiff,

  v.

LAKE COUNTY JAIL; et al.,

    Defendants.
    _____/

No. C 09-3168 SI (pr)

**JUDGMENT**

    Summary judgment having been granted in favor of defendants Mitchell, Howe, Andrus, Stottsberry, and Grisby, judgment is hereby entered in their favor. Plaintiff shall take nothing by way of his complaint.

    **IT IS SO ORDERED AND ADJUDGED**.

Dated: May 2, 2011

                                                    SUSAN ILLSTON
                                                    United States District Judge